FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

10 NOV 15 PM 12: 17

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES, STATE OF )
FLORIDA, COMMONWEALTH )
OF MASSACHUSETTS, and )
STATE OF TEXAS *ex rel.* )
DEBRA MAUL, )
                                )
    Plaintiffs          )
                                )    Civil Action No. 8:07-cv-00953-T-26EAJ
v. )
                                )    **FILED UNDER SEAL**
AMERITOX, LLC and )
STERLING CAPITAL PARTNERS )
                                )
    Defendants.   )
                                )

### UNITED STATES' NOTICE OF INTERVENTION IN PART AND DECLINATION IN PART FOR PURPOSES OF SETTLEMENT

1.     The United States hereby intervenes in this action in part, and declines to intervene in this action in part, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and for the purposes of effecting a Settlement Agreement between the United States, Ameritox, Ltd. ("Ameritox") and Relator Debra Maul, effective as of November 4, 2010 ("Settlement Agreement").

2.     The United States intervenes in this action with respect to all civil monetary claims it has or may have against Ameritox in this action under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Civil Monetary Penalties Law, 42 U.S.C. § 1320a-7a; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; the common law theories of payment by mistake, unjust enrichment, and fraud, and any statutory provision or common law claim for damages or other



relief which the Civil Division of the Department of Justice has actual and present authority to assert and compromise pursuant to 28 C.F.R. Part O, Subpart I, § 0.45(d), for the following conduct (the "Covered Conduct"): (a) from January 1, 2003, through December 31, 2006, offering and/or paying cash remuneration to health care providers who referred drug testing business to Ameritox, which remuneration was intended, in whole or in part, to induce such referrals, in violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b) ("AKS"), and the Prohibition Against Certain Physician Self-Referrals, 42 U.S.C. § 1395nn ("Stark Law"); (b) from January 1, 2003, through June 30, 2010, offering and/or providing, directly or through a third party, to health care providers who referred drug testing business to Ameritox, at the financial expense of Ameritox, remuneration in the form of the services of personnel placed in providers' offices, which remuneration was intended by Ameritox, in whole or in part, to induce such referrals, in violation of the AKS and Stark Law.

3. The United States declines to intervene in this action with respect to all other claims in this action against Ameritox and Sterling Capital Partners.

4. Under the terms and conditions of the Settlement Agreement, following the payment of the settlement amount, the United States will file a Stipulation of Dismissal in this action consistent with this Notice.

5. The United States respectfully requests that the Court enter the proposed order accompanying this Notice.

Respectfully submitted,

ROBERT E. O'NEILL
UNITED STATES ATTORNEY

By: _____
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar. No. 714623
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6350
Randy.Harwell@usdoj.gov

By: _____
For
JOYCE R. BRANDA
DANIEL R. ANDERSON
RICHARD S. NICHOLSON
U.S. Department of Justice, Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-353-2680

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the United States' Notice of Intervention in Part and Declination in Part for Purposes of Settlement has been sent by United States Mail this 15th day of November, 2010, to the following:

David J. Linesch, Esq.
700 Bee Pond Road
Palm Harbor, FL 34683
Counsel for Debra Maul

Donna Rohwer
Assistant Attorney General
Office of the Attorney General
Florida Medicaid Fraud Control Unit
3507 East Frontage Road, Suite 325
Tampa, FL 33607

Christen Sorrell
Assistant Attorney General
Medicaid Fraud Control Unit
Texas Office of the Attorney General
6330 Highway 290 East, Suite 250
Austin, Texas 78723

Robert Patten
Assistant Attorney General
Office of the Attorney General
Massachusetts Medicaid Fraud Control Unit
One Ashburton Place, Room 1813
Boston, MA 02108

_____
LACY R. HARWELL, JR.
Assistant United States Attorney