UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES, STATE OF ) <br> FLORIDA, COMMONWEALTH ) <br> OF MASSACHUSETTS, and ) <br> STATE OF TEXAS *ex rel.* ) <br> DEBRA MAUL, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> AMERITOX, LLC and ) <br> STERLING CAPITAL PARTNERS ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 8:07-cv-00953-T-26EAJ <br><br> **FILED UNDER SEAL** |

## ORDER

The United States of America having filed its Notice of Intervention in Part and Declination in Part for Purposes of Settlement ("United States' Notice") in this case, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is hereby ORDERED as follows:

1. The Clerk shall immediately unseal only the following documents:

    A. Relator Debra Maul's Complaint, Amended Complaint and Second Amended Complaint;

    B. the United States' Notice;

    C. the Stipulation of Dismissal to be filed by the United States and Relator in this action, and any Order of this Court resulting from that Stipulation; and

    D. this Order.

2 All other papers or Orders on file in this action shall remain under seal.

IT IS SO ORDERED in Chambers at Tampa, Florida, this day of ___/6___ of ___November___ 2010.

BY THE COURT:

_____
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

cc: AUSA Randy Harwell
400 North Tampa St., Suite 3200
Tampa, FL 33602

Richard S. Nicholson
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Donna Rohwer
Assistant Attorney General
Office of the Attorney General
Florida Medicaid Fraud Control Unit
3507 East Frontage Road, Suite 325
Tampa, FL 33607

Christen Sorrell
Assistant Attorney General
Texas Medicaid Fraud Control Unit
Office of the Attorney General
6330 Highway 290 East, Suite 250
Austin, Texas 78723

Robert Patten
Assistant Attorney General
Office of the Attorney General
Massachusetts Medicaid Fraud Control Unit
One Ashburton Place, Room 1813
Boston, MA 02108

David J. Linesch, Esq.
700 Bee Pond Road
Palm Harbor, FL 34683